THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Riedell Shoes Inc., *a Minnesota Corporation*<br><br>Plaintiff,<br><br>v.<br><br>Adidas AG *a German Joint Stock Company* and Adidas America, Inc. *a Delaware Corporation*<br><br>Defendants. | Civil No. 0:11-cv-00251 (MJD/AJB)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

This matter came before this Court upon the Stipulation of Dismissal [Doc. #86] filed by the parties on November 7, 2011.

IT IS HERBY ORDERED that this action, with all claims and counterclaims, is dismissed with prejudice and each party is to bear its own costs and fees.  LET JUDGMENT BE ENTERED.

IT IS SO ORDERED this 8th day of November, 2011.

s/Michael J. Davis
MICHAEL J. DAVIS
CHIEF JUDGE
UNITED STATES DISTRICT COURT