# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Riedell Shoes Inc., *a Minnesota Corporation* <br><br> Plaintiff, <br><br> v. <br><br> Adidas AG *a German Joint Stock Company* and Adidas America, Inc. *a Delaware Corporation* <br><br><br> Defendants. | Civil No. 0:11-cv-00251 (MJD/TLN) <br><br> **AMENDED ORDER GRANTING STIPULATION OF DISMISSAL** |

This matter came before this Court upon the Stipulation of Dismissal [Doc. #86] filed by the parties on November 7, 2011.

IT IS HERBY ORDERED that this action, with all claims and counterclaims, is dismissed with prejudice and each party is to bear its own costs and fees.  LET JUDGMENT BE ENTERED.

IT IS SO ORDERED this 9th day of November, 2011.

                     s/Michael J. Davis
                     MICHAEL J. DAVIS
                     CHIEF JUDGE
                     UNITED STATES DISTRICT COURT