AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Riedell Shoes Inc.

V.

Adidas AG and Adidas America, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number:  11-251 MJD/TNL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
this action, with all claims and counterclaims, is dismissed with prejudice and each party is to bear its own costs and fees.

|                          |                                          |
|--------------------------|------------------------------------------|
| November 10, 2011        | RICHARD D. SLETTEN, CLERK                |
| Date                     |                                          |
|                          | s/A. Linner                              |
|                          | (By)        A. Linner   Deputy Clerk     |